JOHN B. McPHERSON, IV, Respondent, *v.* ALEXANDER KLEMIN, Appellant.

(Argued January 7, 1936; decided January 21, 1936.)

512

*Martin A. Meyer, Jr.,* and *Ralph G. Albrecht* for appellant.

*Herbert E. Kaufman* and *Arthur L. Newman, II,* for respondent.

Order affirmed, with costs, and questions certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.